IN THE UNITED STATES BANKRUPTCY COURT
FOR District of Nevada

In Re:

Clyde Tom                                                                      ) Case No: 09-19591

                                                                               ) Chapter: 13

                                                                               )

SSN: *****6175                                                                 )
SSN:                                                                           )

                        Debtor(s)

REQUEST FOR SPECIAL NOTICE AND SERVICES

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Please take this notice that the undersigned is an authorized agent/entity and hereby enters its request on behalf of Specialized Loan Servicing, LLC and pursuant to Rule 2002 of the Bankruptcy Rules, requests inclusion into the Master Mailing List and special notice of all events relevant to the above referenced bankruptcy to and including all notices, pleading and other documents filed in the proceeding, be sent to the creditor at the address listed below.

Respectfully Submitted,
Moss Codilis, L.L.P.

/s/ Corey M. Robertus  June 12, 2009

Moss Codilis, L.L.P.
AUTHORIZED AGENT/ENTITY
FOR THE CREDITOR
Phone: 303-799-6966
Fax: 720-240-5454

Creditor:
Specialized Loan Servicing, LLC
8742 Lucent Blvd Suite 300
Highlands Ranch, CO 80129
Loan Number: ******1849

Debtor Attorney= FRANK J. SORRENTINO
Trustee = RICK A. YARNALL
Court = US BK CT