UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
-------------------------------------------------X          Chapter 13
IN RE:                                                                      Case # 09-19591

CLYDE TOM;

    Debtor(s)                                                   **REQUEST FOR NOTICE**
-------------------------------------------------X

SIR:

    **PLEASE TAKE NOTICE** that Deutsche Bank National Trust Company, as Trustee under Pooling and Servicing Agreement dated as of May 1, 2006 Morgan Stanley Home Equity Loan Trust 2006-3 Mortgage Pass-Through Certificates, Series 2006-3 hereby appears in the above action, and demands that all papers in the case be served on Deutsche Bank National Trust Company, as Trustee under Pooling and Servicing Agreement dated as of May 1, 2006 Morgan Stanley Home Equity Loan Trust 2006-3 Mortgage Pass-Through Certificates, Series 2006-3 at the address stated below.

    **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: October 5, 2009
       Plainview, New York

                                      /S/ Andrew Goldberg
                                      Authorized agent for Barclays Capital Real Estate Inc, dba HomEq Servicing as servicing agent for Deutsche Bank National Trust Company, as Trustee under Pooling and Servicing Agreement dated as of May 1, 2006 Morgan Stanley Home Equity Loan Trust 2006-3 Mortgage Pass-Through Certificates, Series 2006-3
                                      c/o Rosicki, Rosicki & Associates, P.C.
                                      Main Office: 51 E. Bethpage Road
                                      Plainview, New York 11803
                                      Phone: 516-741-2585
                                      Fax: 516-873-7244
                                      Email: bkmail@rosicki.com

TO:

FRANK J. SORRENTINO, ESQ.
1118 E. CARSON AVE
LAS VEGAS, NV 89101

Rick A. Yarnall, Esq.
701 Bridger Avenue
#820
Las Vegas, NV 89101

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
--------------------------------------------------X    Chapter 13
IN RE:                                                                        Case # 09-19591

   CLYDE TOM;

     Debtor(s)                                          **AFFIDAVIT OF SERVICE**
--------------------------------------------------X
STATE OF NEW YORK)
     ss:
COUNTY OF NASSAU )

   Arzoo Mamoor, being duly sworn, deposes and says:

   I am not a party to this action, am over 18 years of age and reside in Suffolk County, New York.

On October 5, 2009 I served the Request for Notice and demand for service of all papers, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

FRANK J. SORRENTINO, ESQ.
1118 E. CARSON AVE
LAS VEGAS, NV 89101

Rick A. Yarnall, Esq.
701 Bridger Avenue
#820
Las Vegas, NV 89101


                 /s/ Arzoo Mamoor
                 Arzoo Mamoor

Sworn to before me this
October 5, 2009
/s/ Betsy P. Tarr
NOTARY PUBLIC          BETSY P. TARR
                                  NOTARY PUBLIC, State of New York
                                  No. 01TA6000083
                                  Qualified in Nassau County
                                  Commission Expires December 8, 2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
---------------------------------------------------x

IN RE:

CLYDE TOM;
        Debtor(s)

---------------------------------------------------x

## REQUEST FOR NOTICE

**ROSICKI, ROSICKI & ASSOCIATES, P.C.**
Main Office: 51 E. Bethpage Road
Plainview, New York 11803