**LAW OFFICE OF FRANK SORRENTINO**
FRANK SORRENTINO, ESQ.
Nevada Bar No. 000421
BONNIE BOYCE, ESQ.
Nevada Bar No. 000870
1118 East Carson Avenue
Las Vegas, Nevada 89101
(702) 384-6824
Attorney for Debtor

**E-Filed On: 11-25-2009**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re ) | Case No.: BK-S-09-19591-MKN |
| ) | Chapter 13 |
| **CLYDE TOM** ) | Hearing Date: 12-09-2009 |
| ) | Hearing Time: 1:30 p.m. |
| Debtor ) | |

### OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, Debtor, CLYDE TOM, by and through his attorney, BONNIE BOYCE, ESQ., of the LAW OFFICE OF FRANK SORRENTINO, and respectfully requests this Court to deny the MOTION FOR RELIEF FROM AUTOMATIC STAY filed by DEUTSCHE BANK NATIONAL TRUST COMPANY, by and through its attorney, GREGORY L. WILDE, ESQ. of WILDE & ASSOCIATES.

### POINTS AND AUTHORITIES

11 USC Section 362(d)(1) states that the Court may terminate, modify or condition stay:

> "for cause, including the lack of adequate protection of an interest in property of such party in interest;—"

11 USC Section 362(d)(2) the Court may terminate, modify or condition a stay:

> "with respect to a stay of an act against property under subsection (a) of this section, if-
>
> (A)   the debtor does not have an equity in such property AND
>
> (B)   such property is not necessary to an effective reorganization

**STATEMENT OF FACT**

Debtor's property is located at 1373 Santa Anita Drive, #C in Las Vegas, Nevada 89119. The property was valued at approximately $ 87,102.00 at the time of filing. Debtor's home is necessary for an effective reorganization.

11 USC Section 362(d)(1) may apply as:

1. Debtor acknowledges that he was late on the post-petition mortgage payments.
2. Debtor's intentions are to stay current on future post-petition mortgage payments.
3. Debtor may provide funds prior to the hearing.

**CONCLUSION**

THEREFORE, Debtor requests that the Motion for Relief from Automatic Stay be denied under 11 USC Section (d) (1) or (2), and that any action on creditor's behalf be stayed for an adequate amount of time to allow Debtor to become current on the post-petition mortgage arrearages and/or to Stipulate to an Order Re Adequate Protection.

DATED this 25th day of November, 2009.

LAW OFFICE OF FRANK SORRENTINO

By: /s/ Bonnie Boyce
      BONNIE BOYCE, ESQ.
      Nevada Bar No. 000870
      1118 East Carson Avenue
      Las Vegas, Nevada 89101
      Attorney for Debtor

**CERTIFICATE OF MAILING**

I, the undersigned, an employee of the Law Office of Frank Sorrentino, hereby certify that on the 25th day of November, 2009, I deposited in the United States Mail, first class mail, postage pre-paid, a true and correct copy of the **Opposition to Motion For Relief From Automatic Stay** to all parties listed below:

Rick A. Yarnall
Chapter 13 Trustee
701 Bridger Avenue, # 820
Las Vegas, Nevada 89101

Gregory L. Wilde, Esq.
WILDE & ASSOCIATES
208 South Jones Boulevard
Las Vegas, Nevada 89107

Clyde Tom
1373 Santa Anita Drive, # C
Las Vegas, Nevada 89119

By     /s/ Angela P. Ballard
_____
**An employee of the Law Office of Frank Sorrentino**

** §362 INFORMATION SHEET **

Clyde Tom                                          09-19591-MKN
DEBTOR                                  BK NO.         MOTION NO.

Deutsche Bank National Trust                              13
 MOVANT                                                Chapter

PROPERTY INVOLVED IN THIS MOTION: 1373 Santa Anita Drive, # C
                                  Las Vegas, NV 89119

NOTICE SERVED ON:
DEBTOR(S) x       ; DEBTOR(S)' COUNSEL   x        TRUSTEE    X

DATE OF SERVICE:

| MOVING PARTY'S CONNECTIONS: | DEBTOR'S CONNECTIONS: |
|---|---|
| THE EXTENT and PRIORITY of LIENS: | THE EXTENT and PRIORITY of LIENS: |
| 1ST | 1st Deutsche Bank Nat. Trust ($ 104,150.40) |
| 2nd | 2ND Specialized Loan Serv. ($ 67,884.00) |
| 3RD | 3RD |
| 4TH | 4TH |
| OTHER | OTHER U.S. Treasury-Taxes $ 3,782.00 |
| TOTAL ENCUMBRANCES: | TOTAL ENCUMBRANCES: $175,816.40 |
| APPRAISAL or OPINION as to VALUE: | APPRAISAL or OPINION as to VALUE: $ 87,102.00 |
| TERMS of MOVANT'S CONTRACT with the DEBTOR: | DEBTOR'S OFFER OF "ADEQUATE PROTECTION" for MOVANT: |
| AMOUNT OF NOTE: $ 105,000.00 | |
| INTEREST RATE: 6.99000% | Cure over 6 months |
| DURATION: 30 years | |
| PAYMENT PER MONTH: $ 772.89 | SPECIAL CIRCUMSTANCES: |
| DATE OF DEFAULT: Aug. 1, 2009 | SUBMITTED BY: |
| AMOUNT IN ARREARS: $ 2,790.79 | BONNIE BOYCE, ESQ. |
| DATE OF NOTICE -DEFAULT: | Signature: /S/Bonnie Boyce |
| SPECIAL CIRCUMSTANCES: | Nevada Bar # 000870 LAW OFFICE OF FRANK SORRENTINO 1118 E. Carson Ave. Las Vegas, Nevada 89101 (702) 384-6824 |